AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

STEPHEN JEFFERY JENKINS, JR.,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cv-198

PORT WENTWORTH POLICE DEPARTMENT, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated October 11, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. This case is dismissed and stands closed.

Approved by: _____

October 18, 2023
Date



John E. Triplett, Clerk of Court
Clerk



(By) Deputy Clerk

GAS Rev 10/1/03